**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KUSZEWSKI, THOMAS J.<br><br>　　　　　　　　　Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-39124 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:　THE HONORABLE JOHN SQUIRES
　　　BANKRUPTCY JUDGE

　　　NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.　　DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 09/21/05. The Trustee was appointed on 09/21/05. An order for relief under Chapter 7 was entered on 09/21/05.

2.　　The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.　　The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.　　A summary of the Trustee's Final Report as of 9/17/08 is as follows:

|  |  |  |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 15,001.05 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 4,990.45 |
| c. NET CASH available for distribution | $ | 10,010.60 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
| 1. Trustee compensation requested (See Exhibit E) | $ | 2,130.11 |
| 2. Trustee Expenses (See Exhibit E) | $ | 0.00 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 4,905.85 |
| | $ | |

5. The Bar Date for filing unsecured claims expired on 04/26/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|  |  |  |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 7,035.96 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 17,651.65 |

7. Trustee proposes that unsecured creditors receive a distribution of 16.85% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $4,905.85. The total of Chapter 7 professional fees and expenses requested for final allowance is $7,035.96. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $1,450.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  9/17/08                                    RESPECTFULLY SUBMITTED,


                                                   By:/s/David Grochocinski
                                                      DAVID GROCHOCINSKI, TRUSTEE
                                                      1900 RAVINIA PLACE
                                                      ORLAND PARK, IL  60462
                                                      Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462

Invoice submitted to:
Kuszewski, Thomas

September 19, 2008

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/10/2005 | DEG | Review of schedules in advance of 341 meeting | 0.50<br>375.00/hr | 187.50 |
| 1/24/2007 | DEG | Filed initial report of asset notice with clerk; bar date set for 4/26/07 | 0.20<br>375.00/hr | 75.00 |
| 4/28/2007 | DEG | Receipt and review of note from Tremblay in response to status letter of 4/23/08 | 0.10<br>375.00/hr | 37.50 |
| 6/25/2007 | DEG | Letter to Tremblay; status on case | 0.10<br>375.00/hr | 37.50 |
| 6/29/2007 | DEG | Receipt of letter from Tremblay; trial rescheduled for 9/20/07 | 0.20<br>375.00/hr | 75.00 |
| 9/21/2007 | DEG | Receipt of letter from Tremblay; trial on 1/8/08 | 0.10<br>375.00/hr | 37.50 |
| 1/11/2008 | DEG | Receipt and review of letter and documents regrading settlement and break down of fees and expenses to special counsel | 0.50<br>375.00/hr | 187.50 |
| 3/5/2008 | DEG | Prepared letter to Tremblay along with order approving settlement and compromise | 0.20<br>375.00/hr | 75.00 |
| 3/6/2008 | DEG | Review of claim docket | 0.20<br>375.00/hr | 75.00 |
|  | DEG | Letter and order to special counsel approving settlement and request to send settlement funds | 0.40<br>375.00/hr | 150.00 |
| 3/17/2008 | DEG | Prepared letter to accountant; along with order of employment and necessary documents to prepare tax returns | 0.80<br>375.00/hr | 300.00 |
| 4/23/2008 | DEG | Letter to Tremblay; status on settlement funds | 0.10<br>375.00/hr | 37.50 |
| 7/1/2008 | DEG | Letter to Tremblay; status of settlement funds | 0.20<br>375.00/hr | 75.00 |
| 7/10/2008 | DEG | Receipt of letter from Tremblay; should have funds by 7/15/08 | 0.20<br>375.00/hr | 75.00 |



EXHIBIT A

Kuszewski, Thomas                                                                                                    Page         2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/30/2008 | DEG | Receipt and review of letter and and settlement check; deposit same | 0.80<br>375.00/hr | 300.00 |
| 8/1/2008 | DEG | Prepared letter to K. Tremblay regarding status of receipt of settlement funds | 0.20<br>375.00/hr | 75.00 |
| 8/27/2008 | DEG | Prepared letter to debtor's attorney with check in the amount of $1,200.00; exemption claimed in litigation | 0.30<br>375.00/hr | 112.50 |
| 9/12/2008 | DEG | Receipt and review of letter from accountant along with invoice for services | 0.80<br>375.00/hr | 300.00 |
| 9/18/2008 | DEG | Prepared final report | 2.50<br>375.00/hr | 937.50 |
|  |  | For professional services rendered | 8.40 | $3,150.00 |

## EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

| | |
|---|---|
| TOTAL RECEIPTS | $ 15,001.05 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 3,750.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05B-39124 JS  
**Case Name:** KUSZEWSKI, THOMAS J.  
**Period Ending:** 09/17/08  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 09/21/05 (f)  
**§341(a) Meeting Date:** 10/26/05  
**Claims Bar Date:** 04/26/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT | 200.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 3 | BOOKS ETC | 50.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 550.00 | 0.00 | | 0.00 | FA |
| 5 | COSTUME JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 6 | POSSIBLE SETTLEMENT ON RE TRANS/LAWSUIT IN RI | 5,000.00 | Unknown | | 15,000.00 | FA |
| 7 | 2001 NISSAN ALTIMA | 4,610.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.05 | Unknown |
| 8 | **Assets    Totals**  (Excluding unknown values) | **$10,960.00** | **$0.00** | | **$15,001.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

INVESTIGATING CAUSE OF ACTION IN RHODE ISLAND  
SENT ASSET NOTICE WITH DELAY REQUESTED ON 1/23/06  
TRUSTEE EMPLOYED SPECIAL COUNSEL TO PURSUE CAUSE OF ACTION IN RI; TRIAL DATE SET FOR 5/29/07; POSSIBLE SETTLEMENT; ADVISED BY SPECIAL COUNSEL THAT CASE SETTLED FOR $15,000; PENDING APPROVAL OF BANKRUPTCY COURT; TAX RETURNS FILED AND CLAIMS TO BE REVIEWED

Printed: 09/17/2008 02:23 PM    V.10.54

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05B-39124 JS  
**Case Name:** KUSZEWSKI, THOMAS J.  
**Period Ending:** 09/17/08

**Trustee:** (520067)  DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 09/21/05 (f)  
**§341(a) Meeting Date:** 10/26/05  
**Claims Bar Date:** 04/26/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2006    **Current Projected Date Of Final Report (TFR):** December 31, 2008 (Actual)

Case 05-39124    Doc 24    Filed 10/15/08    Entered 10/15/08 14:02:07    Desc Main
Document    Page 10 of 18

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 05B-39124 JS  
**Case Name:** KUSZEWSKI, THOMAS J.  

**Taxpayer ID #:** 35-6788960  
**Period Ending:** 09/17/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*56-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/04/08 |   | KENNETH R. TREMBLAY ESQUIRE | SETTLEMENT REGARDING TRANSFER |   | 11,209.55 |   | 11,209.55 |
|   | {6} | RICHARD P D'ADDARIO | SETTLEMENT FUNDS        15,000.00 | 1141-000 |   |   | 11,209.55 |
|   |   | KENNTH TREMBLAY | SPECIAL COUNSEL        -3,790.45<br>FEES | 3210-600 |   |   | 11,209.55 |
| 08/22/08 | 1001 | THOMAS KUSZEWSKI | EXEMPTION TO DEBTOR IN STATE COURT LITIGATION/MARGARET ESKEN | 8100-002 |   | 1,200.00 | 10,009.55 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.05 |   | 10,010.60 |
|   |   |   | **ACCOUNT TOTALS** |   | 11,210.60 | 1,200.00 | $10,010.60 |
|   |   |   | Less: Bank Transfers |   | 0.00 | 0.00 |   |
|   |   |   | **Subtotal** |   | 11,210.60 | 1,200.00 |   |
|   |   |   | Less: Payments to Debtors |   |   | 1,200.00 |   |
|   |   |   | **NET Receipts / Disbursements** |   | **$11,210.60** | **$0.00** |   |

{} Asset reference(s)                                                                                              Printed: 09/17/2008 02:23 PM    V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-39124 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | KUSZEWSKI, THOMAS J. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****56-66 - Checking Account |
| Taxpayer ID #: | 35-6788960 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/17/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
              Net Receipts :     11,210.60
       Plus Gross Adjustments :   3,790.45
       Less Payments to Debtor :  1,200.00
                                 ─────────
                 Net Estate :   $13,801.05
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****56-65 | 11,210.60 | 0.00 | 10,010.60 |
| Checking # ***-*****56-66 | 0.00 | 0.00 | 0.00 |
| | $11,210.60 | $0.00 | $10,010.60 |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:  
KUSZEWSKI, THOMAS J.

Debtor(s)

CHAPTER 7 CASE

CASE NO. 05B-39124 JS

JUDGE JOHN SQUIRES

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 7,035.96 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 2,974.64 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 10,010.60 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 7,035.96 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 2,130.11 | 2,130.11 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,827.50 | 3,827.50 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 95.85 | 95.85 |
| ADMIN4 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 982.50 | 982.50 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 17,651.65 | 16.85% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | ECAST SETTLEMENT CORPORATION | 8,070.35 | 1,360.01 |
| 002 | SOUTHEASTERN ASSET RECOVERY SERVICES | 9,581.30 | 1,614.63 |
| | | TOTAL | $ 2,974.64 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL       $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL       $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL       $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL       $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____
                                 DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 3,827.50 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 95.85 | |
| | | | 3,923.35 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 982.50 | |
| | | | 982.50 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 4,905.85 | $ 4,905.85 |

1