# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05B-39124 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | KUSZEWSKI, THOMAS J. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****56-65 - Money Market Account |
| Taxpayer ID #: | 35-6788960 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/14/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/04/08 | | KENNETH R. TREMBLAY ESQUIRE | SETTLEMENT REGARDING TRANSFER | | 11,209.55 | | 11,209.55 |
| | {6} | RICHARD P D'ADDARIO | SETTLEMENT FUNDS     15,000.00 | 1141-000 | | | 11,209.55 |
| | | KENNTH TREMBLAY | SPECIAL COUNSEL    -3,790.45 FEES | 3210-600 | | | 11,209.55 |
| 08/22/08 | 1001 | THOMAS KUSZEWSKI | EXEMPTION TO DEBTOR IN STATE COURT LITIGATION/MARGARET ESKEN Stopped on 11/21/08 | 8100-002 | | 1,200.00 | 10,009.55 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.05 | | 10,010.60 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.47 | | 10,012.07 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.22 | | 10,013.29 |
| 11/21/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1000% | 1270-000 | 0.67 | | 10,013.96 |
| 11/21/08 | | To Account #********5666 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 11,213.96 | -1,200.00 |
| 11/21/08 | 1001 | THOMAS KUSZEWSKI | EXEMPTION TO DEBTOR IN STATE COURT LITIGATION/MARGARET ESKEN Stopped: check issued on 08/22/08 | 8100-002 | | -1,200.00 | 0.00 |

Subtotals :     $11,213.96     $11,213.96

{} Asset reference(s)

Printed: 01/14/2009 09:57 AM     V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05B-39124 JS  
**Case Name:** KUSZEWSKI, THOMAS J.

**Taxpayer ID #:** 35-6788960  
**Period Ending:** 01/14/09

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*56-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 11,213.96 | 11,213.96 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,213.96 | |
| | | | **Subtotal** | | 11,213.96 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,213.96** | **$0.00** | |

{} Asset reference(s)                                                                                                 Printed: 01/14/2009 09:57 AM   V.10.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05B-39124 JS  
**Case Name:** KUSZEWSKI, THOMAS J.  

**Taxpayer ID #:** 35-6788960  
**Period Ending:** 01/14/09

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*56-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/08 |  | From Account #\*\*\*\*\*\*\*\*5665 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 11,213.96 |  | 11,213.96 |
| 11/21/08 | 101 | THOMAS KUSZEWSKI | CLAIMED EXEMPTION IN STATE COURT LITIGATION/MARGARET ESKEN | 8100-002 |  | 1,200.00 | 10,013.96 |
| 11/24/08 | 102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $2,130.11, Trustee Compensation; Reference: | 2100-000 |  | 2,130.11 | 7,883.85 |
| 11/24/08 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $3,827.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 |  | 3,827.50 | 4,056.35 |
| 11/24/08 | 104 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $95.85, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 |  | 95.85 | 3,960.50 |
| 11/24/08 | 105 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $982.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 |  | 982.50 | 2,978.00 |
| 11/24/08 | 106 | ECAST SETTLEMENT CORPORATION | Dividend paid 16.87% on $8,070.35; Claim# 001; Filed: $8,070.35; Reference: | 7100-000 |  | 1,361.54 | 1,616.46 |
| 11/24/08 | 107 | SOUTHEASTERN ASSET RECOVERY SERVICES | Dividend paid 16.87% on $9,581.30; Claim# 002; Filed: $9,581.30; Reference: | 7100-000 |  | 1,616.46 | 0.00 |

**Subtotals :**   **$11,213.96**   **$11,213.96**

{} Asset reference(s)

Printed: 01/14/2009 09:57 AM   V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05B-39124 JS
**Case Name:** KUSZEWSKI, THOMAS J.

**Taxpayer ID #:** 35-6788960
**Period Ending:** 01/14/09

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****56-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 11,213.96 | 11,213.96 | $0.00 |
| | | | Less: Bank Transfers | | 11,213.96 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 11,213.96 | |
| | | | Less: Payments to Debtors | | | 1,200.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,013.96** | |

|  |  |
|---|---|
| Net Receipts : | 11,213.96 |
| Plus Gross Adjustments : | 3,790.45 |
| Less Payments to Debtor : | 1,200.00 |
| Net Estate : | $13,804.41 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****56-65** | 11,213.96 | 0.00 | 0.00 |
| **Checking # ***-*****56-66** | 0.00 | 10,013.96 | 0.00 |
| | $11,213.96 | $10,013.96 | $0.00 |

{} Asset reference(s)